UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

VICTOR SMITH,

                                    Plaintiff,

vs                                                              9:07-CV-1264

BRIAN FISCHER, et al.

                                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                      OF COUNSEL:

VICTOR SMITH
Plaintiff, pro se
21 Mill Street
Apt. 3
Sodus, NY 14551


HON. ANDREW M. CUOMO                     SHOSHANAH V. BEWLAY, ESQ.
Attorney General for the State of New York    Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224-0341

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Plaintiff brought this civil rights action pursuant to 42 U.S.C. § 1983.  On February

2, 2009, the Honorable George H. Lowe, United States Magistrate Judge, advised, by

Report-Recommendation, that defendant's motion to dismiss be granted, with leave to

amend. No objections to the Report-Recommendation were filed.  However, plaintiff filed an

amended complaint on Feb. 17, 2009.

Based upon a careful review of entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. <u>See</u> 28 U.S.C. 636(b)(1). Accordingly, it is

ORDERED that defendant's motion to dismiss is GRANTED and the complaint is DISMISSED in its entirety.

IT IS SO ORDERED.

United States District Judge

Dated: March 6, 2009
Utica, New York.