UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

VICTOR SMITH,

                          Plaintiff,

        vs                                    9:07-CV-1264

BRIAN FISCHER, Commissioner, NYS DOCS;
S. CONNELL, Superintendent, J. BADGER,
DSA, and K. ADAMIK, Captain, Each of Oneida
Correctional Facility; I. LOMBARDO, Acting
Superintendent, A. LABROIA, DSS, Each of
Orleans Correctional Facility; and MR. NAUGHTON,
Oneida Correctional Facility, DSS,

                          Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

VICTOR D. SMITH
Plaintiff, pro se
Apt 3
21 Mill Street
Sodus, New York 14551

HON. ANDREW M. CUOMO                 ROGER W. KINSEY, ESQ.
Attorney General of the                    SHOSHANAH V. BEWLAY, ESQ.
   State of New York                       Asst. Attorney General
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff, Victor Smith commenced this civil rights action in December 2007,

pursuant to 42 U.S.C. § 1983. By Report-Recommendation dated November 24, 2009, the

Honorable George H. Lowe, United States Magistrate Judge, recommended that defendants'

motion for to dismiss for failure to state a claim (Docket No. 38) be granted without leave to amend. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Lowe, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. The defendants' motion to dismiss for failure to state a claim is GRANTED;

2. Plaintiffs' complaint is DISMISSED; and

4. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

Dated:   January 11, 2010
         Utica, New York.

United States District Judge